UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSEM A. ABULKHAIR,

                Plaintiff,

    -against-                            24-CV-2151 (LTS)

THE FEDERAL BUREAU OF                   Order
INVESTIGATION, ET AL.,

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      This case was filed with the court on March 19, 2024, and, for administrative purposes, assigned a cause of action of 42:1983 Prisoner Civil Rights.

      Upon further review, I have determined this is not a Prisoner civil rights case, but rather is a general civil rights case that was inadvertently assigned an incorrect cause of action code due to clerical error.

      A Notice of Appeal, filed on June 20, 2024, was transmitted to the United States Court of Appeals for the Second Circuit based upon this inaccurate information.

      It is hereby ORDERED, the Clerk of Court shall correct the court record for this case to reflect cause of action code of Civil Rights and re-transmit the Notice of Appeal to the United States Court of Appeals for the Second Circuit.

SO ORDERED.

Dated:   July 1, 2024
             New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge